

1 | BENJAMIN B. WAGNER
United States Attorney
2 | KAREN A. ESCOBAR
Assistant U.S. Attorney
3 | 2500 Tulare Street, Suite 4401
Fresno, California 93721
4 | Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| In the Matter of the Seizures of: | 1:13 SW - 0 0 1 6 9 BAM |
|---|---|
| (1) The balance of funds maintained at Bank of America Account/Member Number #325012948880 titled in the name of Victor A. Nottoli and Jun Wu Living Trust, not to exceed $3,173,572.25; | ORDER SEALING SEIZURE WARRANTS, SEIZURE WARRANT APPLICATIONS, SEALING APPLICATION AND SEALING ORDER<br><br>**Under Seal** |
| (2) The balance of funds maintained at Bank of America Account/Member Number #383412969, titled in the name of De Zheng Wu with Jun Wu as Power of Attorney, not to exceed $1,685,500.00; | |
| (3) The balance of funds maintained at CitiBank Account/Member Number #40019819131, titled in the name of De Zheng Wu with Jun Wu as Power of Attorney, not to exceed $819,890.00; | |
| (4) The balance of funds maintained at JP Morgan Chase Account/Member Number #2973285105, titled in the name of De Zheng Wu with Jun Wu as Power of Attorney, not to exceed $680,000.00; | |

1

1  (5) The balance of funds )
    maintained at Wells Fargo )
2   Bank Account/Member Number )
    #9763356988, titled in the )
3   name of De Zheng Wu with Jun)
    Wu as Power of Attorney, not)
4   to exceed $488,800.00; )
                                )
5   (6) The balance of funds )
    maintained at Metro United )
6   Bank Account/Member Number )
    #760052602 titled in the )
7   name of Victor A. Nottoli )
    and Jun Wu Living Trust, not)
8   to exceed $730,000.00; )
                                )
9   (7) All funds maintained at )
    Bank of America/Member )
10  Number #164102381136, titled)
    in the name of The Only )
11  Source Corporation, not to )
    exceed $85,000.00; )
12                              )
    (8) All funds maintained at )
13  Bank of America/Member )
    Number #1269615448, titled )
14  in the name of BioNaturals )
    Inc., not to exceed )
15  $60,000.00; and )
                                )
16  (9) The balance of funds )
    maintained at HSBC Account/ )
17  Member Number #277-46861-2, )
    titled in the name of Victor)
18  Anthony Nottoli & Jun Wu, )
    not to exceed $150,000.00. )
19                              )
                                )
20                              )

21
    The United States of America has applied to this Court for an
22
    Order permitting it to file the Seizure Warrants, Seizure Warrant
23
    Applications, Sealing Applications and Sealing Order in the
24
    above-captioned matters, in camera under seal. Upon
25
    consideration of the applications and the entire record herein,
26
    IT IS HEREBY ORDERED that the Seizure Warrants, Applications,
27
    underlying documents, and this Order in the above-entitled
28

proceedings shall be filed with this Court in camera under seal and shall not be disclosed to any person unless otherwise Ordered by this Court.

DATED: June 25, 2013

                                      BARBARA A. McAULIFFE
                                      U.S. Magistrate Judge